```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JOSEFINA LUCIANO,                                          :
                                                           :
                                                           :
                           Plaintiff,                      :
                                                           :       23-CV-8779 (VSB)
             -against-                                     :
                                                           :           ORDER
                                                           :
TARGET CORPORATION, et al.,                                :
                                                           :
                           Defendants.                     :
                                                           :
----------------------------------------------------------- X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On September 5, 2024, the parties submitted a joint status letter and proposed Case Management Plan and Scheduling Order ("CMP"), proposing the District's Mediation Program as the alternative dispute resolution mechanism for this case and indicating that further fact discovery would be necessary before the parties could engage in meaningful settlement negotiations.  (Doc. 10 ¶ 4; Doc. 10-1 ¶ 14.)  Pursuant to the operative CMP, the deadline for the parties to complete fact discovery was April 7, 2025.  (Doc. 14 ¶ 7.)  Accordingly, it is hereby:

ORDERED that no later than April 21, 2025, the parties submit a joint letter indicating whether a referral to the District's Mediation Program is appropriate at this time.

SO ORDERED.

Dated:   April 8, 2025
         New York, New York

*[signature: Vernon Broderick]*
VERNON S. BRODERICK
United States District Judge